249 So.2d 208

**STATE of Louisiana ex rel. L. D. ROYAL**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51533.

June 24, 1971.

In re: L. D. Royal applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied.—without exception, issues raised have been reviewed by this court on appeal, adversely to applicant; there is no illegality in the sentence.

249 So.2d 208

**STATE of Louisiana ex rel. Herbert Alvin WOMACK, Jr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51535.

June 24, 1971.

In re: Herbert Alvin Womack, Jr. applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writs refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.